MINUTE ENTRY
MORGAN, J.
February 26, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRELL GUILLORY,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1197** |
| **THE NATIONAL FOOTBALL LEAGUE, ET AL.,**<br>    **Defendants** | **SECTION "E" (5)** |

A status conference was held on February 26, 2019, at 12:30 p.m. in the chambers of Judge Susie Morgan. Also in attendance were counsel in 19-566 Badeaux, et al. v. Roger Goodell, et al.

> Present: L. Eric Williams, Tregg Wilson, and John Finckbeiner, counsel for Plaintiff, Darrell Guillory; Frank D'Amico, James Dugan, and Roderick Alvendia, counsel for Plaintiffs, Tommy Badeaux and Candis Lambert; Gladstone Jones (via telephone), Harvey Bartlett, and Lynn Swanson, counsel for Defendants, The National Football League, Roger Goodell, and NFL Properties, LLC.

The parties discussed the status of the above-captioned matter. Counsel for Plaintiff shall file on the record evidence that the remaining Defendants have been served.

Plaintiff filed a Motion to Remand,[1] arguing this Court does not have diversity subject matter jurisdiction because there is not complete diversity. The Court **DENIED** Plaintiff's Motion to Remand[2] because jurisdiction under the Class Action Fairness Act

---

[1] R. Doc. 8.
[2] R. Doc. 8.

("CAFA") only requires that at least one Plaintiff is diverse from at least one Defendant.[3] Plaintiff is a Louisiana domiciliary.[4] The Notice of Removal states, and counsel for Plaintiff agreed, that Defendant Bill Vinovich is domiciled in Iowa, Defendant Gary Cavaletto is domiciled in California, and Defendant Todd Prukop is domiciled in California.[5] Accordingly, there is minimal diversity as required under CAFA.

The parties discussed the pending Motion to Dismiss.[6] In opposition to the Motion to Dismiss, Plaintiff requests leave to amend the Complaint.[7] The Court **GRANTED** Plaintiff leave to amend the Complaint. Plaintiff shall file an amended complaint by no later than **Tuesday, March 12, 2019**. If Plaintiff files an amended complaint on or before March 12, 2019, Defendant's Motion to Dismiss will be denied without prejudice as moot.

**New Orleans, Louisiana, this 27th day of February, 2019.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:30)

---

[3] *See* 28 U.S.C. § 1332(d)(2); *Badeaux v. Goodell*, No. 19-566, 2019 WL 398830 (E.D. La. Jan. 31, 2019).
[4] R. Doc. 1 at 4; R. Doc. 8 at 2.
[5] R. Doc. 1 at 4.
[6] R. Doc. 6.
[7] R. Doc. 9 at 7-8.