UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRELL GUILLORY,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1197** |
| **THE NATIONAL FOOTBALL LEAGUE, ET AL.,**<br>    **Defendants** | **SECTION "E" (5)** |

## ORDER

Considering the foregoing:[1]

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice with each party bearing its own costs, expenses, and attorneys' fees.

**New Orleans, Louisiana, this 1st day of March, 2019.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 11.